In the Matter of Philip Egbert, Petitioner, v Brian Fischer, Commissioner, New York State Department of Correctional Services, Respondent. [893 NYS2d 799]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division

of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Wyoming County [Mark H. Dadd, A.J.], entered August 18, 2009) to review a determination of respondent. The determination found after a tier III hearing that petitioner had violated an inmate rule.

It is hereby ordered that the determination is unanimously confirmed without costs and the petition is dismissed. Present—Smith, J.P., Peradotto, Lindley, Green and Gorski, JJ.